# FINANCIAL AFFIDAVIT

IN UNITED STATES  ☒ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S. v.s. Rijo

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Cirilo Castillo Rijo

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS:
- Magistrate:
- District Court:
- Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony   ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Cenecc Restaurant, Lawrence, MA
- IF YES, how much do you earn per month? $600 + tips
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☐ Yes  ☐ No  Not married
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes  ☐ No  IF YES, state total amount $400-480

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: Value: Unk. / Description: '94 Chrysler Concorde

## DEPENDENTS

- MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them:
  - Simon Castillo — Father
  - Ramona Rijo — Mother
  - Starling Castillo — Son
  - Eskerino Castillo — Son

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| Rent | | $ | $700 |
| Car insurance | | $ | $100-200 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): ____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Cirilo Castillo Rijo