IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-339 |
| | : | DATE FILED: June 10, 2004 |
| v. | : | |
| | : | VIOLATIONS: |
| CIRILO CASTILLO RIJO | : | 18 U.S.C. § 1546(a) (fraudulent use of a passport - 1 count) |
| a/k/a "William Sastre Romero" | | 18 U.S.C. § 1028(a)(4) (fraud in connection with identification documents) - 1 count) |
| | | 18 U.S.C. § 911 (making a false claim of U.S. citizenship - 1 count) |

### INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about January 7, 2004, at Philadelphia, in the Eastern District of Pennsylvania, the defendant

### CIRILO CASTILLO RIJO
### a/k/a "William Sastre Romero"

knowingly uttered, used, and possessed a document required for entry into the United States, that is, a genuine United States passport issued in the name of William Sastre Romero, which the defendant knew to be procured by means of a false claim and statement and otherwise procured by fraud and unlawfully obtained.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 7, 2004, at Philadelphia, in the Eastern District of Pennsylvania, the defendant

### CIRILO CASTILLO RIJO
a/k/a "William Sastre Romero"

knowingly possessed an identification document other than one issued lawfully for his use, that is, a passport issued by and under the authority of the United States of America, in the name of William Sastre Romero, with the intent that such document be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 7, 2004, at Philadelphia, in the Eastern District of Pennsylvania, the defendant

**CIRILO CASTILLO RIJO**
a/k/a "William Sastre Romero"

an alien and citizen of the Dominican Republic, falsely and willfully represented himself to be a citizen of the United States.

In violation of Title 18, United States Code, Section 911.

A TRUE BILL:

_____
FOREPERSON

First Assistant U.S. Attorney

for PATRICK L. MEEHAN
United States Attorney

# UNITED STATES DISTRICT COURT
## Eastern District of Pennsylvania

UNITED STATES OF AMERICA
V.
CIRILO CASTILLO RIJO
a/k/a "William Sastre Romero"

WARRANT FOR ARREST

Case Number 04-339

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest CIRILO CASTILLO RIJO  a/k/a "William Sastre Romero"

and bring him or her forthwith to the nearest magistrate to answer a(n) Indictment charging him or her with FRAUDULENT USE OF A PASSPORT; FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENT; MAKING A FALSE CLAIM OF U.S. CITIZENSHIP

in violation of Title 18 United States Code, Section(s) 1546(a), 1028(a)(4), 911

MICHAEL E. KUNZ
Name and Title of Issuing Officer

_[signature]_   6-10-04--PHILA
Signature of Issuing Officer   Date and Location

Bail fixed at $TO BE DETERMINED by HON. CAROL SANDRA MOORE WELLS
Name of Judicial Officer

# RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_____

_____

Date Received  6/14/2004  1640 hrs.
Date of Arrest  8/2/2--4  1545 hrs

Name and Title of Arresting Officer  SA Michael Engel