AO 94
(Revised 8/97)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 5(c), Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT District of Massachusetts | |
|---|---|---|
| UNITED STATES OF AMERICA <br> v. <br> CIRILO CASTILLO RIJO | DOCKET NO. <br> District of Arrest <br> District of Offense | <br><br>04-339 |
| | MAGISTRATE JUDGE CASE NO. <br> District of Arrest <br> District of Offense | <br>04-10007-LPC |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ indictment   ☐ information   ☐ complaint   ☐ Other (specify)

**charging a violation of**   18   U.S.C. §   1546(a)

| DISTRICT OF OFFENSE | DATE OF OFFENSE |
|---|---|
| Eastern District of Pennsylvania | January 7, 2004 |

**DESCRIPTION OF CHARGES:**

Fraudulent use of Passport and other offenses

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   ☒ Yes   Language:  Spanish

MASSACHUSETTS

TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 3, 2004
**Date**

_(signature)_
**United States Judge or Magistrate Judge**

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

*** See Comments on Reverse Side of this Form AO 94

**COMMENTS**

On the occasion of his initial appearance, the government moved for detention on the grounds of risk of flight. The defendant waived an identify hearing and removal proceedings, and requested that his detention heariing be held in the Eastern District of Pennsylvania.